ADDENDUM NO. 1 TO MORGAN STANLEY SELLER AGREEMENT

This Addendum No. 1 dated as of December 20, 2006 supplements and modifies the Morgan Stanley Seller Agreement (together with the Seller's Guide and any and all of the other documents and agreements incorporated by reference therein, and as amended, restated, supplemented or otherwise modified from time to time, the "Seller Agreement") made between Dream House Mortgage Corporation (hereinafter called the "Seller"), and Morgan Stanley Mortgage Capital Inc. (hereinafter called the "Purchaser") dated as of October 19, 2006.

**Section 6.01 (ii) of the Seller Agreement is amended in its entirety as follows:** the mortgagor being thirty (30) or more days delinquent in the payment of any one or more of the first three monthly mortgage installment payments due and payable after the transaction date with respect to first lien mortgage loans or any two or more of the first 6 monthly mortgage installment payments due and payable after the transaction date with respect to second lien mortgage loans, then upon ten (10) days written notice by Purchaser, Seller shall immediately repurchase such mortgage at a price computed as provided below.

**Section 11.03 of the Seller Agreement is amended in its entirety as follows:** If any mortgage loan sold to Purchaser hereunder is prepaid by more than fifty percent (50%) of its original principal balance within 90 days following the purchase by Purchaser thereof with respect to first lien mortgage loans, and 180 days following the purchase by the Purchaser thereof with respect to second lien mortgage loans, the Purchaser has the right to require the Seller to reimburse Purchaser for any premium (if any), inducements and servicing released premium (including any amount paid by Purchaser for the mortgage loan) within ten (10) business days written notice. Seller's reimbursement of any premium, inducement or servicing released premium shall be reduced by the amount of any valid and enforceable prepayment penalty scheduled to be collected by Purchaser during the servicing of the loan.

PURCHASER: MORGAN STANLEY MORTGAGE CAPITAL INC.

BY: Christine Egan

ITS: Vice President

SELLER: DREAM HOUSE MORTGAGE CORPORATION

BY: [signature]

ITS: President