**Supplement to Morgan Stanley Seller Agreement**

This Supplement dated as of May 21, 2007 (this "Supplement") to the Morgan Stanley Seller Agreement dated as of October 19, 2006 (together with any Addenda thereto, the Seller's Guide and any and all of the other documents and agreements incorporated by reference therein, and as each of the foregoing may have been amended, restated, supplemented or otherwise modified from time to time, the "Seller Agreement"), made between Dream House Mortgage Corp (hereinafter called the "Seller") and Morgan Stanley Mortgage Capital, Inc. (hereinafter called the "Purchaser").

**Section 6.01 of the Seller Agreement is amended in its entirety as follows:** It is understood and agreed that the representations and warranties incorporated into Articles IV and V shall survive and continue in force for the full remaining life of each mortgage loan, and shall inure to the benefit of Purchaser notwithstanding the restrictive or qualified endorsement of the mortgage, any restrictive or qualified language contained in any assignment of mortgage or the examination or lack of examination of any mortgage loan file by Purchaser. Upon discovery by either Seller or Purchaser of a material and adverse breach of any of the representations and warranties or of a material and adverse defect with respect to a mortgage loan, the party discovering such breach or defect has a duty to give prompt written notice to the other party within thirty (30) days of discovery. Within thirty (30) days of the earlier of its discovery, or Seller's receipt of notice of any such breach of a representation or warranty or of such defect, Seller promptly shall cure such breach or defect in all material respects or repurchase the affected loan at a price as specified in Section 6.02. However, notwithstanding anything contained in the Seller Agreement, in the event any mortgagor (i) with respect to any first lien mortgage loan, is thirty (30) or more days delinquent in the payment of any two (2) or more of the first three (3) monthly mortgage installment payments due and payable after the transaction date, or (ii) with respect to any second lien mortgage loan (x) fails to make the first monthly mortgage installment payment following the transaction date when due and payable, or (y) is thirty (30) or more days delinquent in the payment of any two (2) or more of the first six (6) monthly mortgage installment payments due and payable after the transaction date, then in any case, upon ten (10) days written notice by Purchaser, Seller shall immediately repurchase the applicable mortgage at a price computed as provided below.

Notwithstanding any provision of the Seller Agreement to the contrary (including, without limitation, Section 11.08 of the Seller Agreement), Seller agrees that Purchaser may modify the criteria set forth in the last sentence of the first paragraph of Section 6.01 above or in Section 11.03 of the Seller Agreement either (i) in the applicable commitment confirmation notification, purchase advice or funding memo or any other writing which specifically refers to the terms of this Supplement, or (ii) by notice of an amendment to the terms of the Seller's Guide in accordance with Section 11.08 of the Seller Agreement which specifically refers to the terms of this Supplement, in which case the Seller shall thereafter be bound by the terms of the Seller's Guide as so amended, as long as Purchaser sends any such amendment to Seller by mail or e-mail, and such amendment shall be effective only with respect to mortgage loans with commitment dates after the date of such notice or such other effective date specified in such notice.

The provisions of this Supplement shall be effective with respect to each mortgage loan with a commitment date on or after May 21, 2007.

**Except as modified and expressly amended by this Supplement, the Seller Agreement is in all respects ratified and confirmed, and all the terms, provisions and conditions thereof shall be and remain in full force and effect.**

**In the event that any provision of this Supplement conflicts with any provision of the Seller Agreement, the terms and conditions of this Supplement shall control.**

**This Supplement may be executed by one or more of the parties hereto on any number of separate counterparts and all of said counterparts taken together shall be deemed to constitute one and the same instrument.**

**THIS SUPPLEMENT SHALL BE GOVERNED BY NEW YORK LAW WITHOUT REFERENCE TO CHOICE OF LAW DOCTRINE.**

**PURCHASER: MORGAN STANLEY MORTGAGE CAPITAL INC.**

**BY:** Christine Egan

**ITS:** VICE PRESIDENT

**SELLER: DREAM HOUSE MORTGAGE CORP**

**BY:** ____________________

**ITS:** President