**DREAM HOUSE MORTGAGE CORP – DEFAULTED LOANS**

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| **Loan ID** | **Current Loan Balance** | **Notice Date** | **Issue Code** |
| 1520673 | $984,000.00 | 3/20/2007 | Other[1] |
| 1520674 | $245,643.36 | 3/20/2007 | Other |
| 1560777 | $37,485.00 | 7/25/2007 | EPD |
| 1561067 | $37,485.00 | 7/25/2007 | EPD |
| 1561101 | $37,485.00 | 7/25/2007 | EPD |
| 1578249 | $348,000.00 | 5/31/2007 | FPD |
| 1607452 | $43,500.00 | 7/25/2007 | EPD |
| 1688953 | $975,000.00 | 6/1/2007 | Other |

[1] Breach of representations and warranties related, but not limited, to, *inter alia*, the failure to provide documentation, the verification of assets and/or the verification of credit compliance in accordance with state laws and regulations, and misrepresentations concerning the borrower's occupancy of the mortgaged premises.