AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC
V.
DREAM HOUSE MORTGAGE CORP.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 365 S

TO: (Name and address of Defendant)

Dream House Mortgage Corp.
Jonathan N. Savage, Esq., Registered Agent
1080 Main Street
Pawtucket, RI 02860

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. Dolan III, Esq.
Brian J. Lamoureux, Esq.
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10/3/07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/3/07 |
| NAME OF SERVER (PRINT) Joseph Clark | TITLE Constable Lic# 6026 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: __________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☑ Other (specify): for J. Savage by Douglas X. Grim for Dream Home Mortgage Corp.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/3/07
Date

[signature]
Signature of Server

24 Homefield Ave, Prov, R.I. 02908
Address of Server

FILED 10.11.07

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.