UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, as successor-in-interest to Morgan Stanley Mortgage Capital Inc.** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **C.A. No.: 07-365-S-DLM** |
| **DREAM HOUSE MORTGAGE CORP.,** | : | |
| **Defendant.** | : | |

**STIPULATION FOR ENLARGEMENT OF TIME**

Now come the parties and hereby stipulate and agree that the Defendant, Dream House Mortgage Corp., may have an extension of time up to and including November 21, 2007, in order to answer or otherwise respond to the Plaintiff's Complaint in this action.

PLAINTIFF
Morgan Stanley Mortgage Capital
Holdings, LLC

By its attorneys,

*/s/ Brian J. Lamoureux*
William M. Dolan, III (#4524)
Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600

DEFENDANT
Dream House Mortgage Corp.

By its attorneys,

*/s/ Preston W. Halperin*
Preston W. Halperin (#5555)
Randall L. Souza (#4082)
Shechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400

Dated: October 17, 2007