UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, as successor-in-interest to Morgan Stanley Mortgage Capital Inc. Plaintiff,** | : | |
| **v.** | : | **C.A. No.: 07-365-S-DLM** |
| **DREAM HOUSE MORTGAGE CORP., Defendant.** | : | |

**ENTRY OF APPEARANCE**

Preston W. Halperin and Randall L. Souza of Shechtman Halperin Savage, LLP, hereby **enter** their appearance on behalf of the Defendant, Dream House Mortgage Corp., in the above-captioned action.

Respectfully submitted,
By attorneys for Defendant,

SHECHTMAN HALPERIN SAVAGE, LLP.

*/s/ Preston W. Halperin*
*/s/ Randall L. Souza*

Preston W. Halperin (#5555)
Randall L. Souza (#4082)
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 phone
(401) 272-1403 facsimile

October 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October 2007, I have caused a true and accurate copy of the within Entry of Appearance to be served via electronic mail to:

William M. Dolan, III, Esquire
Brian J. Lamoureux, Esquire
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903

*/s/ Randall L. Souza*