UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,
as successor-in-interest to
Morgan Stanley Mortgage Capital Inc.,
Plaintiff,

v.

DREAM HOUSE MORTGAGE CORP.,
Defendant.

C.A. No. 07-365-S

**STIPULATION OF DISMISSAL**

Plaintiff and Defendant hereby stipulate and agree that the within action is hereby dismissed with prejudice and without costs to any party.

**MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC**

By its Attorneys,

*/s/ Brian J. Lamoureux*
William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
BROWN RUDNICK LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

*Of Counsel:*
Elise Busny
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200
(617) 856-8201 Fax
Date: September 15, 2008

**DREAM HOUSE MORTGAGE CORP.**

By its Attorneys,

*/s/ Randall L. Souza*
Preston W. Halperin (#5555)
Randall L. Souza (#4082)
SHECHTMAN HALPERIN SAVAGE LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 Fax

Date: September 15, 2008

## CERTIFICATION

I hereby certify that, on the 15th day of September, 2008, this document was electronically filed and that it is available for viewing and downloading from the Court's ECF system by the following Filing Users:

Preston W. Halperin, Esq.
Randall L. Souza, Esq.
Shechtman Halperin Savage LLP
1080 Main Street
Pawtucket, RI 02860.

/s/ Brian J. Lamoureux

# 50230298.v1 - MEDEIRD - 027080/0001